IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| R. WAYNE JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv523 |
| STATE JUDGES, ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff R. Wayne Johnson, an inmate confined at the Jester III Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff be denied *in forma pauperis* status in this matter and given 14 days to pay the $405 filing fee.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the Court is of the opinion the objections are without merit. The Magistrate Judge correctly concluded that as plaintiff previously had at least four lawsuits and appeals dismissed as frivolous, and as his allegations fail to show he was in imminent danger of serious physical harm on the date he filed this lawsuit, he may not proceed with this case on an *in forma pauperis* basis.

### ORDER

Accordingly, plaintiff's objections [Dkt. 5] are OVERRULED. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the magistrate judge [Dkt. 3] is ACCEPTED. Plaintiff shall have 14 days from the date set forth below to pay the $405 filing

fee.

**SIGNED this 1st day of December, 2025.**

_____
Michael J. Truncale
United States District Judge