IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| R. WAYNE JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv523 |
| STATE JUDGES, ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff R. Wayne Johnson, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation. The Court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The Court previously determined that pursuant to 28 U.S.C. § 1915(g), plaintiff was not allowed to proceed with this case on an *in forma pauperis* basis. Plaintiff was allowed 14 days to pay the filing fee. When the time for paying the fee expired, the Magistrate Judge recommended the case be dismissed for want of prosecution.

Plaintiff's objections are difficult to understand. However, he does not contest the prior conclusion that he may not proceed with this case *in forma pauperis*. Nor does he assert he intends to pay the filing fee. As a result, plaintiff's objections are without merit.

### ORDER

Accordingly, plaintiff's objections [Dkt. 10] are OVERRULED. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt.

9] is ACCEPTED.  A final judgment shall be entered dismissing this lawsuit.

**SIGNED this 28th day of January, 2026.**

                                         Michael J. Truncale
                                       United States District Judge